NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL W. BOND,                )
                               )
            Appellant,          )
                               )
v.                             )        Case No. 2D18-1808
                               )
LAUREN B. BOND,                 )
                               )
            Appellee.           )
_____)

Opinion filed October 19, 2018.

Appeal from the Circuit Court for Lee
County; John S. Carlin, Judge.

Michael W. Bond, pro se.

Linda H. Fried of Fried & Fried, P.A., Fort
Myers, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.